AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MAURICE VASTER<br>*Plaintiff*<br>v.<br>CHARLES HUDGINS, LAMAR NELSON, CARLOS SABALA, and WAYNE RUSSELL<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:13-CV-05031-EFS<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment to be entered in Defendants' favor with prejudice.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on a motion for Summary Judgment


Date: 02/18/2016

CLERK OF COURT

SEAN F. McAVOY

*(By) Deputy Clerk*

s/Sean F. McAvoy